GINO ETRI, an Infant, by ANGELO ETRI, His Guardian ad Litem, et al., Appellants, *v.* CHILDREN'S AID SOCIETY, Respondent.

(Submitted November 19, 1934; decided November 27, 1934.)

*Irving Levine* for motion.

*F. A. W. Ireland* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground that the order is not a final order.